Case 2:20-cr-00436-JFW Document 43 Filed 09/25/20 Page 1 of 6 Page ID #:90

FILED
CLERK, U.S. DISTRICT COURT
9/25/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN PABLO CASTRO VELAZQUEZ,<br>WANDA LEE TYLER,<br>LORI KAYE GRATTON, and<br>AARON JAIMES SEDANO,<br><br>    Defendants. | CR 2:20-cr-00436-JFW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 963: Conspiracy to Import Methamphetamine; 21 U.S.C. §§ 952, 960(a)(1), (b)(1)(H): Importation of Methamphetamine] |

    The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.    <u>OBJECTS OF THE CONSPIRACY</u>

    Beginning on a date unknown to the Grand Jury, and continuing until on or about September 14, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendants JUAN PABLO CASTRO VELAZQUEZ, WANDA LEE TYLER, LORI KAYE GRATTON, and AARON

JAIMES SEDANO conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute and to possess with intent to distribute at least 50 grams of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendants TYLER and GRATTON would travel to Mexico to obtain the methamphetamine from unidentified co-conspirators.

2. Defendants TYLER and GRATTON would transport the methamphetamine into the Central District of California from Mexico using a car that contained a hidden compartment within.

3. Defendant TYLER would meet with defendants CASTRO VELAZQUEZ and JAIMES SEDANO to remove the methamphetamine from the hidden compartment for further distribution.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants CASTRO VELAZQUEZ, TYLER, GRATTON, and JAIMES SEDANO, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On a date unknown to the Grand Jury, but no later than September 14, 2020, defendants TYLER and GRATTON traveled from the United States into Mexico.

///

<u>Overt Act No. 2</u>: On September 14, 2020, defendants TYLER and GRATTON entered the United States from Mexico through the San Ysidro Port of Entry while driving a 2009 Honda Accord bearing California License plate 8HJZ282 (the "2009 Honda"), which contained approximately 14.4 kilograms of methamphetamine concealed in a hidden compartment underneath the rear passenger's seat.

<u>Overt Act No. 3</u>: On September 14, 2020, after the 2009 Honda stalled and stopped, defendants CASTRO VELAZQUEZ and JAIMES SEDANO repaired the 2009 Honda after it was towed to a hotel located at 1239 South Hacienda Boulevard in Hacienda Heights, California.

<u>Overt Act No. 4</u>: On September 14, 2020, after defendants CASTRO VELAZQUEZ and JAIMES SEDANO fixed the 2009 Honda, defendant TYLER drove the 2009 Honda to an auto mechanic shop owned by defendant CASTRO VELAZQUEZ located at 127 Turnbull Canyon Road, La Puente, California.

<u>Overt Act No. 5</u>: On September 14, 2020, defendant TYLER gave the 2009 Honda, and the methamphetamine concealed within, to defendant JAIMES SEDANO upon their arrival to the auto mechanic shop.

<u>Overt Act No. 6</u>: On September 14, 2020, defendants CASTRO VELAZQUEZ and JAIMES SEDANO removed the 14.4 kilograms of methamphetamine from the hidden compartment within the 2009 Honda with the intent to further distribute the methamphetamine to others within the Central District of California, and elsewhere.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about September 14, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendants JUAN PABLO CASTRO VELAZQUEZ, WANDA LEE TYLER, LORI KAYE GRATTON, and AARON JAIMES SEDANO, each aiding and abetting the others, knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 14.4 kilograms, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. § 963]

[ALL DEFENDANTS]

A. <u>OBJECT OF THE CONSPIRACY</u>

Beginning on a date unknown, and continuing to on or about September 14, 2020, in Los Angeles County, within the Central District of California, in the country of Mexico, and elsewhere, defendants JUAN PABLO CASTRO VELAZQUEZ, WANDA LEE TYLER, LORI KAYE GRATTON, and AARON JAIMES SEDANO conspired with others known and unknown to the Grand Jury to knowingly and intentionally import into the United States from a place outside thereof, at least fifty grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1)(H).

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The Grand Jury re-alleges paragraphs 1 through 3 of Section B of Count One of this Indictment here.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish its object, defendants CASTRO VELAZQUEZ, TYLER, GRATTON, and JAIMES SEDANO, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including Overt Acts 1-6, as set forth in Count One, which are re-alleged and incorporated here.

COUNT FOUR

[21 U.S.C. §§ 952(a), 960(a)(1), (b)(1)(H); 18 U.S.C. § 2(a)]

[DEFENDANTS TYLER and GRATTON]

On or about September 14, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendants WANDA LEE TYLER and LORI KAYE GRATTON, each aiding and abetting the other, knowingly and intentionally imported into the United States at least 50 grams, that is, approximately 14.4 kilograms, of methamphetamine, a Schedule II controlled substance, from a place outside the United States, to wit, the country of Mexico.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

CAROL ALEXIS CHEN
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering & Racketeering
Section

LINDSAY M. BAILEY
Assistant United States Attorney
International Narcotics, Money
Laundering & Racketeering Section